

**PETERSON LEGAL, PLLC**
Tenant & Consumer Rights

5201 Eden Ave., Ste 300
Edina, Minnesota 55436
t: 612.367.6568
e: ryan@peterson.legal

July 12, 2018

*Via Electronic Mail*

Hon. Magistrate Judge Hildy Bowbeer
Warren E. Burger Federal Courthouse
316 North Robert Street
Saint Paul, MN 55101

RE: *Hayes v. Screening Reports, Inc.*: **Notice of Settlement**
Civil No. 0:17-cv-02468-MJD-HB

Dear Judge Bowbeer:

I am writing on behalf of the parties to inform you that a resolution has been reached in the above-titled case and we believe the settlement conference scheduled for July 18, 2018 can be stricken from the calendar. We expect a stipulated dismissal to be filed shortly. Please don't hesitate to contact me with any questions.

Very truly yours,

Ryan D. Peterson

Cc: Stephanie Strickler (*via CM/ECF*)