# UNITED STATES DISTRICT COURT
## District of Minnesota

Arttis Hayes

                        Plaintiff,

Screening Reports, Inc.

                        Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 17-cv-2468 MJD/HB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Based on the Stipulation of Dismissal with Prejudice, any and all claims against Defendant in the above-entitled matter may be dismissed, in their entirety, with prejudice and without cost to any of the parties pursuant to Fed. R. Civ. P. 41.

Date: 8/31/2018

KATE M. FOGARTY, CLERK

*s/K. Krulas*

(By)                        K. Krulas, Deputy Clerk